**ORAL ARGUMENT NOT YET SCHEDULED**
No. 26-5362

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

COMMON CAUSE, *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants-Appellants*.

---

On Appeal from the United States District Court for the District of Columbia
Case No. 1:26-cv-01352-SLS, Hon. Sparkle L. Sooknanan

---

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

---


Nikhel S. Sus
John B. Hill
Reuven Dashevsky
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
Tel: (202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
rdashevsky@citizensforethics.org

Ming Cheung
Ari J. Savitzky
Theresa J. Lee
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

Sara Chimene-Weiss
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #340
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott
Naomi Gilens
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
jane.bentrott@protectdemocracy.org
naomi.gilens@protectdemocracy.org

Jared Fletcher Davidson
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601

Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee
Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

John Haubenreich
PROTECT DEMOCRACY PROJECT
1108 McKennie Ave., Suite #223
Nashville, TN 37206
Tel: (202) 579-4582
john.haubenreich@protectdemocracy.org

Laurence M. Schwartztol
DEMOCRACY AND RULE OF LAW CLINIC, HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

*Counsel for Plaintiffs-Appellees*

November 18, 2026

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Plaintiffs-Appellees submit this Certificate as to Parties, Rulings, and Related Cases. The undersigned counsel certifies as follows:

### A. Parties and Amici

1. Plaintiffs-Appellees: Common Cause, Common Cause Education Fund, Anthony Nel, Haley Smith, Linda Duckworth, and Ruth Nasrullah.
2. Defendants-Appellants: United States Department of Justice and Todd W. Blanche, in his capacity as Acting U.S. Attorney General.
3. *Amici curiae* in the district court: National Association for the Advancement of Colored People, Lawyers' Committee for Civil Rights Under Law, and Former Employees of the United States Department of Justice.

### B. Rulings Under Review

Defendants-Appellants seek review of United States District Judge Sparkle L. Sooknanan's October 9, 2026 Order and Memorandum Opinion granting partial summary judgment to Plaintiffs-Appellees. *Common Cause v. U.S. Dep't of Just.*, No. 26-cv-01352, 2026 WL 3033772 (D.D.C. Oct. 9, 2026) (memorandum opinion, Dkt. No. 51; also attached to Appellants' Motion for Stay Pending Appeal, at

Add.001); *Common Cause v. U.S. Dep't of Just.*, No. 26-cv-01352 (D.D.C. Oct. 9, 2026) (order, Dkt. No. 52; also attached to Appellants' Motion for Stay Pending Appeal, at Add.079). No Joint Appendix has yet been filed.

**C. Related Cases**

This case has not previously been before this Court. Plaintiffs-Appellees are not aware of any related cases.

Dated: November 18, 2026

Respectfully Submitted,


*/s/ Sara Chimene-Weiss*
Sara Chimene-Weiss
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #340
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott
Naomi Gilens
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
jane.bentrott@protectdemocracy.org
naomi.gilens@protectdemocracy.org

Jared Fletcher Davidson
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Nikhel S. Sus
John B. Hill
Reuven Dashevsky
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
Tel: (202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
rdashevsky@citizensforethics.org

Ming Cheung
Ari J. Savitzky
Theresa J. Lee
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org

slakin@aclu.org

Laura K. Follansbee
(D.C. Bar No. 1782046)
Arthur B. Spitzer
(D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF THE
DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

Counsel for Plaintiffs-Appellees

John Haubenreich
PROTECT DEMOCRACY PROJECT
1108 McKennie Ave., Suite #223
Nashville, TN 37206
Tel: (202) 579-4582
john.haubenreich@protectdemocracy.org

Laurence M. Schwartztol
DEMOCRACY AND RULE OF LAW
CLINIC, HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu